# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Angela D. Fuerst <br> *Plaintiff* <br> v. <br> Secretary of Air Force <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:18-CV-316 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment in favor of Defendant and against Plaintiff
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas M. Rose   on a motion for Dismissal

Date:   9/25/19

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk